IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONNA M. HOLLIDAY                                                                      PLAINTIFF

V.                                    NO.  4:10cv01186 WRW-JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                DEFENDANT

## ORDER

Plaintiff has filed a motion for extension of time (doc. 10) in which to file her appeal brief and has stated that opposing counsel has no objection to the request.  The motion is granted.  Plaintiff is granted to and including January 21, 2011, in which to file her brief.

IT IS SO ORDERED this 20th day of December, 2010.

_____
UNITED STATES MAGISTRATE JUDGE