IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONNA M. HOLLIDAY                                                                                       PLAINTIFF

V.                                      NO.  4:10-cv-01186 BRW-JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                             DEFENDANT

## ORDER

Plaintiff has filed a second motion for extension of time (doc. 12) in which to file her appeal brief and has stated that opposing counsel has no objection to the request. The motion is granted. Plaintiff is granted to and including February 18, 2011, in which to file her brief. Defendant's brief is due within forty-two (42) days of the date Plaintiff's brief is served.

IT IS SO ORDERED this 21st day of January, 2011.


_____
UNITED STATES MAGISTRATE JUDGE