IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONNA M. HOLLIDAY                                                         PLAINTIFF

v.                        Case No. 4:10-cv-1186-DPM

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                            DEFENDANT

JUDGMENT

Donna Holliday's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

12 August 2011